FILED

09/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0328

# IN THE SUPREME COURT OF
# THE STATE OF MONTANA

## Supreme Court Cause No. DA 24-0328

BRYAN LATKANICH,

    Appellant,

v.

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF ENVIRONMENTAL PROTECTION,
Appellee, and EQT CHAP LLC,

    Appellees/Appellant.

## ORDER GRANTING UNOPPOSED MOTION
## FOR EXTENSION OF TIME

On Appeal from the Montana Eighteenth Judicial Court,
Gallatin County, The Honorable Rienne H. McElyea Presiding

**APPEARANCES:**

Murry Warhank
Jackson, Murdo & Grant, P.C.
203 N. Ewing Street
Helena, MT 59601
Phone: (406) 442-1300
mwarhank@jmgattorneys.com

*Counsel for EQT CHAP LLC*

Peter Michael Meloy
Meloy Law Firm
P.O. Box 1241
Helena, MT 59624
Phone: (406) 442-8670
mike@meloylawfirm.com

*Counsel for Environmental Health
Science*

Upon consideration of Appellant EQT CHAP LLC's unopposed motion for A 21-day extension of time to file their Reply Brief, and good cause appearing therefor,

APPELLANT EQT CHAP LLC'S MOTION IS HEREBY GRANTED. Appellant EQT CHAP LLC gas until October 3, 2024 to file their Reply Brief in this matter.

ELECTRONICALLY SIGNED AND DATED BELOW.